DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID SANCHEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1957

[August 12, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 04-005963 CF10B.

David Sanchez, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***